ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2023

at 4 o'clock and 60 min. P M
CLERK, U.S. District Court
LS

cc: Firm only

Shawn Stone (Ja)
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of Hawaii, University of Hawaii
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. CV23 00139 JAO RT
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

Attachment 1

Attachment 2

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Shawn Stone
   Street Address: 814 Waiakamilo Rd Apt 9H
   City and County: Honolulu,
   State and Zip Code: HI 96817
   Telephone Number: 808 9535828
   E-mail Address: hawaiishawnshawn@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: State of Hawaii, University of Hawaii
   Job or Title (if known): Employer
   Street Address: 2500 Campus Rd
   City and County: Honolulu,
   State and Zip Code: HI 96817
   Telephone Number: 808 956 8111
   E-mail Address (if known):

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

|  |  |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|  |  |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:
    _____

- [ ] Relevant state law *(specify, if known)*:
    _____

- [ ] Relevant city or county law *(specify, if known)*:
    _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation. Sexual harassment, Stalking in the restroom
- ☑ Other acts *(specify)*: Discrimination, forced hostile work environment.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) July, 28 2022

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race Minority at work place Mixed race
- ☐ color ____
- ☑ gender/sex Identifies differently
- ☐ religion ____
- ☑ national origin from Mainland USA
- ☐ age. My year of birth is ____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* ____

E. The facts of my case are as follows. Attach additional pages if needed.

5

Please See Attachment, Abbreviation Index
Shawn Stone [S.S.]
Nora Salas [N.S.]
Kealii Kahumoku [K.K.]
Brian Avne [B.A.]
University of Hawaii [U.H.]

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    B. The Equal Employment Opportunity Commission *(check one)*:

        ☐ has not issued a Notice of Right to Sue letter.

        ☑ issued a Notice of Right to Sue letter, which I received on *(date)* Jan. 18, 2023.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐ 60 days or more have elapsed.
        ☐ less than 60 days have elapsed.

6

V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$200,000 for Sexual harassment, discrimination, mental anguish, stress, ignored hostile work environment, over 3 months distressing what Shawn Stone would do if assaulted again by Kealii Kahumoku, dreading how the most likely locally born and raised police would charge the partie involved.

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Mar 20th, 2023

Signature of Plaintiff _____
Printed Name of Plaintiff  Shawn Stone

7

**B.     For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

## Official Complaint Against University of Hawaii at Manoa

The core matter of this discrimination complaint is how the University of Hawaii dealt with two different types of documented complaints of hostility and sexual harassment at the workplace.

The U.H. Has policies in place to treat its employees with equal treatment. Shawn Stone[S.S.] is a member of the L.G.B.T., of mixed race employee of U.H., from the mainland U.S.A.

The Building and Grounds Management [B.G.M.] is a subsection of under 200 employees at U.H. That works in groups of less than 10 employees. S.S. States at less 65% of B.G.M. Staff is of Asian descent, born and raised here in Hawaii.

S.S. Was repeatedly stalked and sexually harassed by two employees of B.G.M. Nora Salas [N.S.] and Kealii Kahumoku [K.K.] There are many documented details to these facts, but for brevity to the Court, S.S. Will try and make this complaint to the point. Both N.S. And K.K. Are locally born and raised of Asian descent.

When N.S., (S.S. Supervisor) found our S.S. Was formally reporting N.S. For repeatedly creeping up on S.S., in the restroom holding her janitor keys, in a bare bone staffed covid empty building, opening the restroom door seeing S.S. Using the rest room then standing 2 feet from the door, quietly stalking until S.S. Exited the restroom..(Just imagine if the roles and genders were different and your Daughter had this happen with a 10 year plus senior male supervisor..)

N.S., Started a campaign of purposefully harassment of S.S., for the most petty grey area of duties. S.S. In a verbal exchange said the cuss word "Shit" on April 21,2022. (Note there was no physical contact in this complaint by N.S.)

1

Upon the U.H. Getting word of this incident, S.S was moved within a **day** to another group for N.S. Safety at the work place. Their was an immediate fact finding hearing ordered by U.H. The U.H. Moved fast in the matter of this event. UH had S.S. Sigh a confession and the end of the fact finding hearing.

This is the **heart and date,** of this complaint. On July 28,2022 (note: not 90 days later.) S.S. Made a documented panicked phone call to B.G.M. And Email(s) to H.R., that K.K. Directly sexually harassed S.S. , in the Gender Neutral restroom, (frankly proven by K.K.'s own admission statements to the fact finding staff..) S.S. Reported K.K. Physically tried to break into the restroom S.S. Was using. S.S., Stated K.K. Stepped to S.S. In a hostile manner, yelling and banning his fist on the door, then yelled at S.S. That "he was a fagot!"

S.S. Was told to go to B.G.M. , were S.S. Told Traci Shimizv ,S.S. Was scared to be even around K.K. Later the same day at the work key check out S.S. Formally emailed to H.R. K.K. Deliberately physically bumped his body into S.S., chest like a bully at a playground, to get ā physical fight.

S.S. Called the police to confirm if this was a crime, and was informed it is..S.S.waited for the U.H. To move on this serious complaint like the U.H. Did so for N.S. Complaint, of S.S. Saying "No Shit!"

S.S. States every day S.S. Had **tons** of mental anguish, distress, anxiety having to work in a hostile environment, wondering if S.S., was forced to physically defend oneself if assaulted again by K.K. S.S. Knows K.K. Would be playing the victim, if the locally born and raised cops were called, knowing S.S. Could be arrested and lose employment, or just be physically hurt.

2

(Like a smack in S.S. Face,) S.S. Found out later K.K. Told U.H. staff S.S. Smelled like marijuana. The fact finding staff Brain Aune told S.S. Because K.K. "Reported first" they interviewed K.K. Allegations first..shocking B.A. said everything regarding these complaints were timely and appropriate.

S.S. Was forced to work in a hostile environment in the same group as K.K.,For over 3 months, until K.K. Chose to work in a group that had a opening. The "fact finding" was not concluded. S.S. Was asked to sigh S.S.'s statements on February 16,2023 after the U.H. Received S.S. Notice of right to sue letter.

The U.H. Has a pattern of covering up and hiding for certain types of people. Brian Aune seemed to be more concerned with how S.S. Identifies, even questioning S.S. Race. (See B.A.'s questions in the fact findings interview.)

Conclusion, why was the safety at the work place taken so seriously and fast for N.S. Complaint, and not taken seriously for the L.G.B.T. Employee of color from the Mainland. S.S. States the U.H. Directly discriminated against S.S., in the most stressful serious type of way.

Respectfully Submit,

*[signature]* Mar. 20 2023

Shawn Stone

3

# HAWAI'I CIVIL RIGHTS COMMISSION

830 PUNCHBOWL STREET, ROOM 411 • HONOLULU, HI 96813-5095 • PHONE: (808) 586-8636 • FAX: (808) 586-8655 • TTY: (808) 586-8692

January 18, 2023

Shawn I. Stone
814 Waiakamilo Road, Apt. 9H
Honolulu HI 96817

Dear Shawn Stone:

    Re:    Notice of Dismissal and Right to Sue in
             Shawn I. Stone vs. State of Hawai'i, University of Hawai'i
             FEPA No. 22415; EEOC No. 486-2023-00072

I have received notice that your complaint has been dismissed by the Equal Employment Opportunity Commission, on the basis of Complainant elected court action.

Therefore, in accordance with Hawaii Administrative Rules (H.A.R.) §12-46-11, your case has been closed effective the date of notice at the top of this letter, I am dismissing your complaint and issuing you a right to sue. You have the right to file a private lawsuit against the Respondent in the State Circuit Court within ninety (90) days after receipt of this notice pursuant to Hawaii Revised Statutes §368-12 and H.A.R. §12-46-20. This letter serves as your Right to Sue document and you may be required to provide it to the Court should you decide to file a private lawsuit in this matter.

Sincerely,

William D. Hoshijo
Executive Director

WDH:ky

c: Jennifer Stotter, Director